# DRAKE LOEB HELLER KENNEDY GOGERTY GABA & RODD PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco

Jeanne N. Tully
Timothy P. McElduff, Jr.
Jennifer E. Wright

*LL.M. in Taxation


RECEIVED
MAR - 5 2008
CHAMBERS OF
DOUGLAS F. EATON
U.S.M.J.

## MEMO ENDORSED

March 4, 2008

**VIA FAX ONLY**
**FAX NO. (212) 805-6181**
Hon. Douglas F. Eaton
U.S. Magistrate Judge
U.S. Courthouse
500 Pearl Street, Room 1360
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

Re: Edward Kestler v. Astrue
Case No. 07 Civ. 6271 (DFE)
Our File No.: 10598 - 53190

Dear Judge Eaton:

I am the attorney for the plaintiff in the above-referenced action and write respectfully to submit a proposed briefing schedule. I have written to the Assistant U.S. Attorney, John E. Gura, Jr., on two occasions with this proposed briefing schedule for his review and consent. I have not received a response thereto, and I am proceeding under the theory that he has accepted same.

To that end, in order to move this case forward, I respectfully submit the following proposed briefing schedule for the Court's review.

| Action | Due Date |
| --- | --- |
| Plaintiff's motion for judgment on the pleadings | April 1, 2008 |
| Defendant's opposition and cross-motion for judgment on the pleadings | April 29, 2008 |
| Plaintiff reply (if any) | May 13, 2008 |
| Defendant's reply (if any) | May 27, 2008 |

Please advise of the court's acceptance of this schedule. Thank you for your courtesy and consideration in this matter.

3/10/08 - I approve this briefing schedule.
Douglas F. Eaton

Respectfully submitted,

GARY J. GOGERTY

GJG/mjl/46495

Cc: John E. Gura, Esq. (via fax)

Writer's Direct
Phone: 845-458-7380
Fax: 845-458-7381
ggogerty@drakeloeb.com