MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: SUSAN C. BRANAGAN
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2804
Email: Susan.Branagan@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

EDWARD KESTLER,                     :

              Plaintiff,      :      REVISED SCHEDULING ORDER

       -v-                           :
                                07 Civ. 6271 (DFE)
                           :

MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,
                           :
             Defendant.
                           :
----------------------------------x

       Defendant having filed an answer on December 7, 2007, and plaintiff having filed a motion for judgment on the pleadings on April 3, 2008, IT IS HEREBY ORDERED that:

       1.    Defendant's motion is due on or before May 6, 2008;

       2.    Plaintiff's reply, if any, is due on or before May 20, 2008; and

USDC SDNY
DATE SCANNED 4/29/08



    3.    Defendant's reply, if any, is due on or before June 3, 2008.

Dated:    New York, New York
            April 29, 2008

SO ORDERED:

_____
United States Magistrate Judge